## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| IJONEL DENOYE, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 7:11-CV-84-HL-MSH |
| | : | 28 U.S.C. § 2241 |
| ERIC HOLDER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### RECOMMENDATION OF DISMISSAL

On June 20, 2011, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) At the time of filing, Petitioner failed to pay the $5.00 filing fee or move to proceed *in forma pauperis* (IFP). Accordingly, on June 23, 2011, this Court issued an Order directing Petitioner to pay the filing fee or move to proceed IFP within twenty-one days from the date of that Order. (Order, June 23, 2011, ECF No. 5.) The time provided in that Order elapsed, and the Court ordered Petitioner to show cause why his case should not be dismissed for failure to pay the filing fee. (Order, July 26, 2011, ECF No. 9.) Petitioner likewise failed to comply with the Court's Order to Show Cause wherein the Court explained that "the Court will dismiss this lawsuit" if Petitioner fails to pay the filing fee. (*Id.*) Consequently, Petitioner's action should be dismissed for failure to pay the filing fee as required by 28 U.S.C. § 1914.

WHEREFORE it is recommended that Petitioner's application for a writ of habeas corpus be **DISMISSED** for failure to pay the filing fee and for failure to comply with the Court's June 23 and July 26 Orders. Pursuant to 28 U.S.C. § 636(b)(1), the Petitioner may serve and file written objections to this recommendation with the UNITED STATES DISTRICT JUDGE within fourteen (14) days after being served a copy of this recommendation

SO RECOMMENDED, this 10th day of August, 2011.

S/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE