IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **IJONEL DENOYE,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:11-CV-84 (HL) |
| | : | |
| **ERIC HOLDER, et al,** | : | |
| | : | |
| Defendants | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 11) filed August 10, 2011 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 7th day of September, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**